# EXHIBIT 5

## Equiti Group Regulators

Equiti Group entities are regulated in 5 jurisdictions worldwide:

### Regulation

| | Regulator | Licence No. | Address | Country |
|---|---|---|---|---|
| **Equiti Capital UK Limited** | Financial Conduct Authority (FCA) | 528328 | 69 Wilson Street, London, EC2A 2BB | United Kingdom |
| **Equiti Group Limited (Jordan)** | Jordan Securities Commission | 50248 | Second Floor, Jouba Complex, Suleiman Al Nabulsi St 32, Al-Abdali Boulevard, Amman | Jordan |
| **EGM Futures DMCC** | Dubai Multi Commodities Centre (DMCC); Securities & Commodities Authority; | 31573 607136 | 33b-1, AU (Gold) Tower, JLT, Dubai | United Arab Emirates |
| **EGM Securities Limited** | Capital Markets Authority | 107 | 12th floor, Tower 2, Delta Corner Towers, Waiyaki Way, Westlands, Nairobi | Kenya |
| **Equiti AM CJSC** | Central Bank of Armenia | 0011 | 26/1 Vazgen Sargsyan, Erebuni Plaza Business Center, Unit 609, Yerevan | Armenia |

### Reporting

| | LEI Number | Website | Country |
|---|---|---|---|
| **Equiti Capital UK Limited** | 2138002W128DFCAN6Q90 | www.equiticapital.co.uk | United Kingdom |
| **Equiti Group Limited (Jordan)** | 213800SMG8LJMQEX2141 | www.equiti.com | Jordan |
| **EGM Futures DMCC** | 213800NGV4TUQQMTVF18 | www.egmfutures.com | United Arab Emirates |
| **EGM Securities Limited** | 213800BVGS3GKDT76I08 | www.egmsecurities.com | Kenya |
| **Equiti AM CJSC** | 213800QO6W7SZ7MRBC05 | www.equiti.am | Armenia |