**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-80599-MIDDLEBROOKS**

DAVID MOTES,

      Plaintiff,

v.

EQUITI US LLC, *et. al.*,

      Defendants.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon a Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff David Motes on July 6, 2020. (DE 31). Plaintiff seeks to dismiss this case without prejudice. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1) This case is **DISMISSED WITHOUT PREJUDICE**.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 6th day of July, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE